

# United States District Court

District of South Carolina
Donald S. Russell Federal Building
201 Magnolia Street
Spartanburg, South Carolina 29306

Henry F. Floyd
United States District Judge

(864) 582-2167

May 10, 2005



SELF INITIATED
AMENDMENT

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Gentlemen:

Please find enclosed my *Amended* FDR for the calendar year 2004. As instructed, an original and three copies are enclosed. After submitting the first report on May 2, I realized that I had inadvertently omitted some information in Part VII. Please accept the enclosed Report in lieu of the one submitted earlier this month.

Thank you for your attention to this matter.

Sincerely



HFF/cc

Enclosures

2005 MAY 16 P 1: 27
FINANCIAL DISCLOSURE
RECEIVED

# *AMENDED*
# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

AO-10
Rev. 1/2004

SELF INITIATED AMENDMENT

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) <br><br> Floyd, Henry F | 2. Court or Organization <br><br> U.S. District Court - S.C. | 3. Date of Report <br><br> 5/10/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) <br><br> U. S. District Judge - Active | 5. ReportType (check appropriate type) <br><br> ○ Nomination Date <br> ○ Initial ⊙ Annual ● Final | 6. Reporting Period <br><br> 1/1/2004 <br> to <br> 12/31/2004 |
| 7. Chambers or Office Address <br><br> 201 Magnolia Street <br> Spartanburg, SC 29306 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1992 | S.C. Judges and Solicitors Retirement System, retirement fund payable upon retirement at age 55 |

2005 MAY 15 P 1:28 RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE   - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Judges & Solicitors Retirement System - retirement | 70,374 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not requi ed except for honoraria.)

☐ NONE   - (No repo table non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | School District of Pickens County - salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes thos  to spouse and dependent child en.  See pp. 25-27 of in tructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | S. C. Bar Association | Charleston, S.C. - 1/22/04 - 1/25/04 Annual Bar Convention (registration, travel, lodging, meal) |
| 2. | S.C. Bar Association | Southern Pines, N.C. - 3/25/04 - 3/27/04 Bar Sponsored CLE (travel, lodging, entertainment) |
| 3. | S.C. Defense Trial Attorneys Assoc. | Asheville, N.C. - 7/23/04 - 7/25/04 CLE sponsored by Defense Attorneys Assoc. (lodging, meals) |
| 4. | S.C. Trial Lawyers Assoc. | Hilton Head, S.C.  8/5/04 - 8/7/04 S.C. Trial Lawyers Annual Convention (registration, lodging) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Cornerstone National Bank | unsecured credit line | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Floyd, Henry F | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Southern Company common stock | A | Dividend | J | T | | | | | |
| 2. Wachovia Securities IRA (formerly Prudential 20/20) | A | Dividend | J | T | | | | | See Pt. VIII comment |
| 3. Peoples National Bank Accounts | A | Interest | J | T | | | | | |
| 4. New York Life - Variable Universal Life Policy | D | Interest | K | T | | | | | |
| 5. Travelers Life & Annuity - Universal Life Policy | A | Interest | J | T | | | | | |
| 6. SunTrust Bank Account (X) | A | Interest | J | T | opened | 8/04 | J | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Pt. VII, Line 2 - Prudential 20/20 Fund (as reported for 2003) now held by Wachovia Securities

Values and income from Carolina First Account listed in Pt. VII, Line 4 of 2003 FDR have fallen below reporting threshold.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

Date   5-10-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544